# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:03-cr-240-T-30MSS |
| VINCENT J. CARTER | USM Number: 41250-018 |
| | Howard Anderson, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __ONE__ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | Positive urinalysis in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | August 7, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 21, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

21 Sept. 2009
Date

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS with no term of supervised release to follow.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

　　\_\_\_\_ at _____ a.m.　p.m. on _____.

　　\_\_\_\_ as notified by the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　\_\_\_\_ before 2 p.m. on _____.

　　__X__ as notified by the United States Marshal.

　　\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL